UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ADRIENNE WHEELER,

                        Plaintiff,

        -against-

THE CITY OF NEW YORK, a municipal entity, NEW YORK CITY POICE OFFICER ASSISTANT CHIEF BRUCE SMOLKA, individually and in his official capacity, NEW YORK CITY POLICE OFFICER LIEUTENANT JOSEPH CANECO, individually and in his official capacity,

                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07-CV-3999 (LBS)

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:      New York, New York
               June 12, 2007

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the
                                City of New York
                              Attorney for Defendant
                              100 Church Street
                              New York, New York 10007
                              (212) 788-1599

                        By:        /s/
                              Arthur G. Larkin (AL 9059)
                              Assistant Corporation Counsel

TO:    BELDOCK, LEVINE & HOFFMAN, LLP
         Attorneys for Plaintiffs
         99 Park Avenue, Suite 1600
         New York, New York 10016
         (212) 490-0400

07-CV-3999 (LBS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIENNE WHEELER,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, a municipal entity, NEW YORK CITY POICE OFFICER ASSISTANT CHIEF BRUCE SMOLKA, individually and in his official capacity, NEW YORK CITY POLICE OFFICER LIEUTENANT JOSEPH CANECO, individually and in his official capacity,

                              Defendants.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, Room 3-193*
*New York, N.Y.  10007*

*Of Counsel:  Arthur G. Larkin*

*LM #  2007-017255*

*Due and timely service is hereby admitted.*

*New York, N.Y.  ......................................................, 200......*

*...................................................................................... Esq.*

*Attorney for..............................................................................*