UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
Adrienne Wheeler

07 CIV. 3999 (LBS)

v.

City of New York, New York City

Police Officer Bruce Smolka et al
----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-07

APPEARANCES:

Plaintiff by:

Beldock, Levine & Hoffman, LLP

99 Park Ave., Suite 1600
New York, N.Y., 10016
by Jonathan Moore

Defendant by:

Arthur Larkin
Asst. Corporation Counsel

100 Church St.

New York, N.Y. 10007

SAND, J.

Pursuant to Fed. R. Civ. P. 16(b), after holding an initial pretrial conference, it is hereby ordered that:

1. The last date for joining additional parties or amending the pleadings shall be ____N/A____.

2. The last date for the filing and hearing of motions shall be _____.

3. All discovery shall be completed by ____3/14/08____

4. A pretrial order shall be submitted by ____3/28/08____. The pretrial order shall conform with the Court's instructions, a copy of which may be obtained from the Deputy Clerk.

5. A pretrial conference shall be held on ____4/8/08____ at ____9:30____. This conference is to be attended by counsel who will actually try the case.

If the action is for personal injuries, plaintiff is directed to make a monetary settlement demand and defendant is directed to respond to such demand prior to the pretrial conference.

SO ORDERED.

DATED:   New York, New York
         11/14/07

_____
       U.S.D.J.