USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-17-08

**MEMO ENDORSED**

# BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE
#### NEW YORK, N.Y. 10016-1503

ELLIOT L. HOFFMAN
MYRON BELDOCK
BRUCE E. TRAUNER
PETER S. MATORIN
KATHERINE G. THOMPSON
ROBERT L. HERBST
CYNTHIA ROLLINGS
JONATHAN MOORE
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
JONATHAN K. POLLACK
VERA M. SCANLON

TEL: (212) 490-0400
FAX: (212) 557-0565
WEBSITE: blhny.com

LAWRENCE S. LEVINE (1934-2004)

SPECIAL COUNSEL
MARJORY D. FIELDS

COUNSEL
MELVIN L. WULF

REF:

WRITER'S DIRECT DIAL:

March 13, 2008

**VIA HAND DELIVERY**
The Honorable Leonard B. Sand
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Wheeler v. City of New York
Docket No. 1:07-cv-03999 (LBS)

Dear Judge Sand:

I write with the consent of defendants' counsel, Arthur Larkin, Esq., to request a 60 day extension of the discovery deadline in this case. Discovery is presently set to close on March 14, 2008. This is the first request for an extension of discovery by either party in this case. Due to the heavy litigation schedules of counsel for both parties, we have been unable to make any substantial progress on discovery, although the parties have had several discussions about potentially settling this matter and have made substantial progress toward that end.

In light of the above, the parties respectfully request that this Honorable Court issue an order extending discovery to and including May 14, 2008.

Yours, etc.,

Jonathan C. Moore

JM/moc
cc: Arthur Larkin, Esq. (via fax)

**MEMO ENDORSED**

So ordered
LB Sand
USDJ
3/17/08